**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

# IN THE SUPREME COURT OF THE STATE OF NEVADA

LISA E. GAGER,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 68521

**FILED**

AUG 25 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order resolving an appeal from a conviction entered by the justice court. Fifth Judicial District Court, Nye County; Kimberly A. Wanker, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Appellant's case arose in justice court. The district courts have final appellate jurisdiction over cases arising in the justice courts. Nev. Const. art. 6, § 6; *see also Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969) (holding that district court has final appellate jurisdiction in cases arising in the justice's court). Accordingly, we conclude that we lack jurisdiction over this appeal, and we therefore

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

15-25755

cc: Hon. Kimberly A. Wanker, District Judge
Lisa E. Gager
Attorney General/Carson City
Nye County District Attorney
Nye County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A